**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Weyher Construction Company, LLC, a Utah limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>Don Peterson Engineers, Inc., an Arizona corporation dba DPE Construction,<br><br>                    Defendant. | No. CIV 06-1854-PHX-SMM<br><br>**AMENDED ORDER** |

Consistent with the parties' Proposed Case Management Plan, the parties in this matter have requested (Doc. 16) that this matter be referred to a United States Magistrate Judge for a settlement conference.

Accordingly,

**IT IS HEREBY ORDERED** that the clerk shall randomly assign this case to a United States Magistrate Judge for a settlement conference.

**IT IS FURTHER ORDERED** that Magistrate Judge Mark E. Aspey is drawn.

**IT IS FURTHER ORDERED** that the parties shall file a status report within ten (10) days of participating in the settlement conference.

DATED this 18th day of October, 2007.

Stephen M. McNamee
United States District Judge