**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Weyher Construction Company, LLC, a Utah limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Don Peterson Engineers, Inc., an Arizona corporation dba DPE Construction,<br><br>　　　　　　　Defendant. | No. CIV 06-1854-PHX-SMM<br><br>**ORDER** |

　　　　Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 24]. After consideration of the parties' Stipulation,

　　　　**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice [Doc. No. 24] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

　　　　**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

　　　　DATED this 18th day of December, 2007.

　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　United States District Judge